FILED - GR
May 4, 2011 4:26 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: EC /scan 5-5-11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

AHMED ISSE SHEIKH MOHAMED,

    Defendant.

_____/

No. **1:11-cr-144**

Hon. **Robert Holmes Bell**
**U.S. District Judge**

**INDICTMENT**

The Grand Jury charges:

(Food Stamp Fraud)

Between on or about June 20, 2006, and on or about November 18, 2009, in Kent County, in the Western District of Michigan, Southern Division,

**AHMED ISSE SHEIKH MOHAMED**

knowingly and unlawfully used food stamp electronic benefit transfer authorization cards ("Bridge Cards"), and by such conduct obtained approximately $474,252 in a manner contrary to the statutes and regulations governing the Food Stamp Program.

Specifically, the defendant allowed customers to trade food stamp benefits for cash and other ineligible items, and accepted food stamp benefits as payment on credit accounts. The defendant also earned substantial illegal profits by over-charging the food stamp cards to include a commission for himself on each transaction.

7 U.S.C. § 2024(b)

A TRUE BILL

_____
GRAND JURY FOREPERSON

DONALD A. DAVIS
United States Attorney

_____
NILS R. KESSLER
Assistant United States Attorney